IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01444-LTB

MARK ALAN STREPKA,

     Plaintiff,

v.

FRANCISCO L. ALBA (14016), Individually and in his Official Capacity as Police Officer,
     In and for the City and County of Denver, Colorado,
JAIME S. DISBROW (98044), Individually and in her Official Capacity as Denver Police
     Department Detective, In and for the City and County of Denver, Colorado, and
CHRISTOPHER G. PENNY (26210), Individually and in his Official Capacity as Chief
     Deputy District Attorney, In and for the 2nd Judicial District, City and County of
     Denver, Colorado, and for the State of Colorado,

     Defendants.

---

ORDER

---

On July 13, 2015, the Court entered a stay and administratively closed the action in

accordance with *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 730 (1996), and

*Wallace v. Kato*, 549 U.S. 384, 392-93 (2007).   Plaintiff was directed to request that the

stay be lifted within thirty days of the disposition of the state criminal charges against him

if he desired to continue with this case.   On December 10, 2015, Plaintiff filed a Request

to Lift the Stay and to Re-Open Case, ECF No. 7.   Because Plaintiff now has complied

with the July 13 Order, the Court will lift the stay.   Accordingly, it is

ORDERED that Plaintiff's Request, ECF No. 7, is granted and the stay is lifted in

this case.   It is

FURTHER ORDERED that the Clerk of the Court reopen this case and return the

action to the Pro Se Docket for further initial review.   It is

FURTHER ORDERED that the Amended Complaint, which is a separate entry and

not related to the Request, be entered on the Docket as an Amended

Complaint.   It is

FURTHER ORDERED that the Clerk of the Court enter the four addendums, which

Plaintiff filed with the Amended Complaint, as four separate attachments to the Amended

Complaint.

DATED December 16, 2015, at Denver, Colorado.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court