IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01444-GPG

MARK ALAN STREPKA,

    Plaintiff,

v.

FRANCISCO L. ALBA (14016), Individually and in his Official Capacity as Police Officer, In and for the City and County of Denver, Colorado,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.   *See* D.C.COLO.LCivR 40.1(a).   Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED December 17, 2015, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge