IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01444-RBJ-KLM

MARK ALAN STREPKA,

    Plaintiff,

v.

FRANCISCO L. ALBA, (14016), individually and in his official capacity as police officer in and for the City and County of Denver, Colorado,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave of Court to File an Amended Brief in Opposition to Defendant Alba's Rule 12(b)(6) Motion (dkt. #21)** [#31] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1(a), which provides as follows:

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,[1]

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. Accordingly, the Clerk of Court is directed to accept Plaintiff's Response [#31-1, #31-2, #31-3, #31-4, #31-5] to Defendant's Motion to Dismiss [#21] for filing as of the date of this Minute Order. Defendant may file a Reply **on or before May 3, 2016**.

    Dated:  April 19, 2016

---

[1] Plaintiff is warned that any future motions which do not comply with D.C.COLO.LCivR 7.1(a) may be summarily denied.